No. 92–390. BROWN ET UX. *v.* BALDWIN CITY, KANSAS. Ct. App. Kan. Certiorari denied.

No. 92–391. AMPRO FISHERIES, INC. *v.* YASKIN, COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL. Sup. Ct. N. J. Certiorari denied.

No. 92–392. NATIONAL BASKETBALL ASSN. *v.* CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–395. SCHERL *v.* FISHER ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–397. OCCIDENTAL CHEMICAL CORP. *v.* CEMCOM CORP. C. A. 4th Cir. Certiorari denied.

No. 92–398. AMERICAN GENERAL LIFE INSURANCE CO. *v.* DESHURLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–401. MASSACHUSETTS *v.* OSES. C. A. 1st Cir. Certiorari denied.

No. 92–408. MENARD *v.* CITY OF BREAUX BRIDGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–413. BRAILEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–419. ADMINISTRATOR, NEW YORK CITY DEPARTMENT OF HUMAN RESOURCES, ET AL. *v.* ABBOTT HOUSE ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–422. FRENCH ET AL. *v.* METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 92–423. OWENS-ILLINOIS, INC. *v.* ROBY ET AL. C. A. 6th Cir. Certiorari denied.